

# NUMBER 13-12-00417-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ORLANDO LUIS CAMPOS                                                    Appellant,
A/K/A "MAGIC",

**v.**

THE STATE OF TEXAS,                                                    Appellee.

### On appeal from the 156th District Court
### of Bee County, Texas.

# MEMORANDUM OPINION

### Before Justices Rodriguez and Garza and Vela
### Memorandum Opinion Per Curiam

Appellant, Orlando Luis Campos a/k/a "Magic," attempts to appeal his conviction for possession of a controlled substance. The trial court has certified that this is a plea-bargain case, and the defendant has NO right of appeal. *See* TEX. R. APP. P. 25.2(a)(2).

On June 28, 2012, this Court notified appellant's counsel of the trial court's certification and ordered counsel to: (1) review the record; (2) determine whether appellant has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to whether appellant has a right to appeal, or, alternatively, advise this Court as to the existence of any amended certification.

On August 30, 2012, counsel filed a letter brief with this Court. Counsel's response does not establish that the certification currently on file with this Court is incorrect or that appellant otherwise has a right to appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4. Accordingly, this appeal is DISMISSED. Any pending motions are dismissed as moot.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
20th day of September, 2012.

2